# STATE SUPREME COURT
### NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

### NEW CASES DOCKETED

Bloch v. Bloch .................... 19445
Chamber v. Meazonski ............ 19450
Cleve. Firep. Const. Co. v. Cleveland
  (city) ........................... 19451
Davis v. Webber .................. 19442
Fillo v. Kanna ................... 19444
Grossman v. Backus .............. 19443
Hutson v. Allen .................. 19439
Hutson v. Briggs ................. 19438
Hutson v. Stewart ................ 19440
Industrial Com. v. Madden ........ 19449
Massillon Sav. & Loan Co. v. Imperial
  Fin. Co. ........................ 19446
Methodist Book Concern v. Stoneman
  Hardware Co. .................. 19441
Methodist Book Concern v. Ober Mfg.
  Co. ............................. 19436
Sage v. Fuller ................... 19448
Siebenschuk v. State ............. 19447

### NOV. 23, 1925

19436—Methodist Book Concern v. Ober Mfg. Co.; motion for Cuyahoga Appeals to certify. Turney & Sipe, Cleveland, for pltf; Stearns, Chamberlain & Royon, Cleveland, for deft.

### NOV. 24, 1925.

19438—Rufus W. Hutson v. O. Briggs; motion for Fayette Appeals to certify. J. P. Phillips, Chillicothe, J. Logan, Washington Court House and Vorys, Sater, Seymour & Pease, Columbus, for pltf.; Badger & Cowan and C. J. Pretzman, Columbus, for deft.

19439—Same v. Melissa Allen; motion for Fayette Appeals to certify. Same, same; Same, Same.

19440—Same v. Laura M. Stewart; motion for Fayette Appeals to certify. Same, same; Same, Same.

### NOV. 25, 1925

19441—Methodist Book Concern v. The Stoneman Hardware Co.; motion for Cuyahoga Appeals to certify. Turney & Sipe, Cleveland, for pltf.; Stearns, Chamberlain & Royon, Cleveland, for deft.

19442—Jas. C. Davis, Agent, v. Fred W. Webber; motion for Mahoning Appeals to certify. Harrington, DeFord, Huxley & Smith, Youngstown, for pltf.; John Ruffalo, Youngstown; C. J. Wall, Cleveland, for deft.

19443—Joe Grossman v. John Backus; motion for Mahoning Appeals to certify. Wilson, Hahn, Henderson & Wilson, Youngstown, for pltf. Anderson, Lamb & Martetler, Cleveland, for deft.

19444—Andy Fillo v. Anna Kanna; motion for Mahoning Appeals to certify. Friedman & Rummell, Youngstown, for pltf; D. W. Mumaw, Youngstown, for deft.

19445—Ike Bloch v. Lulu Bloch; motion for Cuyahoga Appeals to certify. M. A. Goodman, Cleveland, for pltf; Calfee, Fogg & White, Cleveland, for deft.

19446—Massillon Savings & Loan Co. v. Imperial Finance Co.; motion for Stark Appeals to certify. P. A. Kuhn, Massillon, and Lynch, Day & Lynch, Canton, for pltf.; C. M. Myers, Akron, for deft.

### NOV. 27, 1925

19447—George Siebenschuk v. State of Ohio; motion for leave to file petition in error to the Washington Appeals. J. Joyce, Cambridge and R. M. Noll, Marietta, for pltf.; U. H. Buckey, Caldwell, for deft.

19448—Harvey B. Sage v. Charles Fuller; motion for Vinton Appeals to certify. J. E. Blake, McArthur, for pltf.

19449—Industrial Commission of Ohio v. Martha M. Madden; motion for Mahoning Appeals to certify. C. C. Crabbe, Atty. Genl., and W. E. Benoy, Columbus, for pltf; Harrington, De Ford, Huxley & Smith, Youngstown, for deft.

### NOV. 30, 1925

19450—Mary Chamber v. Rose Meazonski; motion for Cuyahoga Appeals to certify. J. C. Block, Cleveland, for pltf; J. Babka, Cleveland, for deft.

### DEC. 1, 1925

19451—Cleveland Fireproof Construction Co. v. City of Cleveland; motion for Cuyahoga Appeals to certify. R. D. Godfrey, Cleveland, for pltf.; C. F. Shuler and A. Cluny, Cleveland, for deft.

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

Anderson Ferry Trans. v. Pub. Util.
  Comm. ......................... 19255
Cannon Ball Trans. Co. v. Pub. Util.
  Comm. ......................... 19327
Louisville & Nash. R. R. Co. v. Greene.. 18933
Magnuson v. Pub. Util. Comm........ 19196
State, ex v. Duffy. et............... 18896

### MOTION DOCKET

B. & O. R. R. Co. v. Rhodes.......... 19308
Butler v. Findlay (City)............. 19219
Globe Indem. Co. v. Lake Erie Lum. &
  Supp. Co. ...................... 19294
Macon v. State .................... 19302
Mudge et v. Pope Admx............. 19303
Saginaw Bay Co. v. Thompson ...... 19309
Swartz v. Newark (City)............. 19370
Tax. Comm. v. Jones................ 19241
Vallery v. Beard .................. 19283
Wilson et v. Fromm et.............. 19409

### OHIO SUPREME COURT
### TUESDAY, DECEMBER 1, 1925
### GENERAL DOCKET

18896—The State, ex rel. Cleveland Engineering Construction Co., v. T. J. Duffy et al., etc. In Mandamus. Writ denied. Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Marshall, CJ., and Allen, J., dissent. Dock. 1-5-25; 3 Abs. 18, OA. 3 Abs. 28; OS. Pend. 3 Abs. 115.